IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENISE BOWERS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.  08-185 JJF |
| | : | |
| v. | : | |
| | : | |
| **CITY OF WILMINGTON**, a municipal government; **MONICA GONZALEZ GILLESPIE**, individually and in her official capacity as the Director of Personnel for the City of Wilmington; and **FRANKLIN AMPADU, M.D.**, individually and in his official capacity as the Police Surgeon for the City of Wilmington, | : : : : : : : : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Ronald Stoner, hereby attest under penalty of perjury that on this 5th day of June 2008, I caused a copy of Plaintiff Bower's Rule 26(a) Disclosures to be served on the following counsel by electronic filing:

> Gary Lipkin, Esq.
> City of Wilmington Law Department
> Louis L. Reading City/County Bldg.
> 800 French Street, 9th Floor
> Wilmington, DE 19801

> RONALD STONER, P.A.


>  /s/    Ronald Stoner
> Ronald Stoner, Esq., DE 2818
> 1107 Polly Drummond Plaza
> Newark, DE 19711
> (302) 369-6400
> *Attorney for Plaintiff*