IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENISE BOWERS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. <u>08-185 JJF</u> |
| | : | |
| v. | : | |
| | : | |
| **CITY OF WILMINGTON,** a municipal government; **MONICA GONZALEZ GILLESPIE,** individually and in her official capacity as the Director of Personnel for the City of Wilmington; and **FRANKLIN AMPADU, M.D.,** individually and in his official capacity as the Police Surgeon for the City of Wilmington, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Ronald Stoner, hereby attest under penalty of perjury that on this 15th day of July 2008, I caused a copy of Plaintiff's Interrogatories to Defendant Franklin Ampadu, M.D. to be served on the following counsel by electronic filing:

> Gary Lipkin, Esq.
> City of Wilmington Law Department
> Louis L. Reading City/County Bldg.
> 800 French Street, 9th Floor
> Wilmington, DE 19801

RONALD STONER, P.A.

/s/   *Ronald Stoner*
Ronald Stoner, Esq., DE 2818
1107 Polly Drummond Plaza
Newark, DE 19711
(302) 369-6400
Attorney for Plaintiff