# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DENISE BOWERS,** : | |
| : | |
| Plaintiff, : | Civil Action No. **08-185 JJF** |
| : | |
| v. : | |
| : | |
| **CITY OF WILMINGTON**, a municipal : | |
| government; **MONICA GONZALEZ** : | |
| **GILLESPIE**, individually and in her official : | |
| capacity as the Director of Personnel for the : | |
| City of Wilmington; and **FRANKLIN** : | |
| **AMPADU, M.D.**, individually and in his : | |
| official capacity as the Police Surgeon for : | |
| the City of Wilmington, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Ronald Stoner, hereby attest under penalty of perjury that on this 15th day of July 2008, I caused a copy of Plaintiff's Interrogatories to Defendant Monica Gonzalez Gillespie to be served on the following counsel by electronic filing:

> Gary Lipkin, Esq.
> City of Wilmington Law Department
> Louis L. Reading City/County Bldg.
> 800 French Street, 9th Floor
> Wilmington, DE 19801

RONALD STONER, P.A.

/s/  *Ronald Stoner*
Ronald Stoner, Esq., DE 2818
1107 Polly Drummond Plaza
Newark, DE 19711
(302) 369-6400
Attorney for Plaintiff