IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENISE BOWERS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. **08-185 JJF** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF WILMINGTON, a municipal government; MONICA GONZALEZ GILLESPIE, individually and in her official capacity as the Director of Personnel for the City of Wilmington; and FRANKLIN AMPADU, M.D., individually and in his official capacity as the Police Surgeon for the City of Wilmington,** | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Ronald Stoner, hereby attest under penalty of perjury that on this 15th day of July 2008, I caused a copy of Plaintiff's Request for Production of Documents to be served on the following counsel by electronic filing:

>Gary Lipkin, Esq.
>City of Wilmington Law Department
>Louis L. Reading City/County Bldg.
>800 French Street, 9th Floor
>Wilmington, DE 19801

>RONALD STONER, P.A.

>/s/   *Ronald Stoner*
>Ronald Stoner, Esq., DE 2818
>1107 Polly Drummond Plaza
>Newark, DE 19711
>(302) 369-6400
>Attorney for Plaintiff