IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE BOWERS, | ) |
|                Plaintiff, | ) |
| v. | ) C.A. No. 08-185 JJF |
| CITY OF WILMINGTON, a municipal government, MONICA GONZALEZ GILLESPIE, individually and in her official capacity as Director of Personnel for the City of Wilmington, and FRANKLIN AMPADU, M.D., individually and in his official capacity as the Police Surgeon for the City of Wilmington, | ) **JURY TRIAL DEMANDED** |
|                Defendants. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE SUBSTITUTE THE APPEARANCE of Gary W. Lipkin, Esquire, for Barry M. Willoughby, Esquire, as attorney for the Defendant Monica Gonzalez Gillespie, in her individual capacity in the above-captioned case. Gary W. Lipkin, Esquire, will continue to represent the City of Wilmington, Monica Gonzalez Gillespie in her official capacity, and Franklin Ampadu, M.D. in his individual and official capacities.

| CITY OF WILMINGTON | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Gary Lipkin, Esquire | /s/ Barry M. Willoughby, Esquire |
| Gary W. Lipkin, Esquire (I.D. # 4044)<br>800 North French Street, 9th Floor<br>Wilmington, DE 19801<br>Phone: (302) 576-2187<br>Facsimile: (302) 571-4565<br>Email: glipkin@ci.wilmington.de.us | Barry M. Willoughby, Esquire (I.D. # 1016)<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Phone: (302) 571-6666<br>Facsimile: (302) 576-3345<br>Email: bwilloughby@ycst.com |

Dated: July 23, 2008