IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE BOWERS,<br><br>                Plaintiff,<br><br>            v.<br><br>CITY OF WILMINGTON, a municipal government; MONICA GONZALEZ GILLESPIE, individually and in her official capacity as the Director of Personnel for the City of Wilmington; and FRANKLIN AMPADU, M.D., individually and in his official capacity as the Police Surgeon for the City of Wilmington,<br><br>                Defendants. | C.A. No. 08-185-JJF.<br><br>JURY TRIAL DEMANDED. |

**ENTRY OF APPEARANCE OF MASON E. TURNER, JR., ESQ.
FOR FRANKLIN AMPADU, M.D.**

TO:    CLERK OF THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE:

PLEASE enter my appearance as attorney for Franklin Ampadu, M.D., a defendant in the above-captioned civil action.

                                        PRICKETT, JONES & ELLIOTT, P.A.

                                        BY: MASON E. TURNER, JR., No. 661
                                        1310 KING STREET
                                        P.O. BOX 1328
                                        WILMINGTON, DE  19899
                                        (302) 888-6508
                                        ATTORNEY FOR DEFENDANT
                                        FRANKLIN AMPADU, M.D.

Dated: July 31, 2008.