IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENISE BOWERS,<br><br>       Plaintiff,<br>    v.<br>CITY OF WILMINGTON, a municipal government; MONICA GONZALEZ GILLESPIE, individually and in her official capacity as the Director of Personnel for the City of Wilmington; and FRANKLIN AMPADU, M.D., individually and in his official capacity as the Police Surgeon for the City of Wilmington,<br>       Defendants. | C.A. No. 08-185-JJF.<br><br>JURY TRIAL DEMANDED. |

**DEFENDANT FRANKLIN AMPADU, M.D.'S RESPONSES TO MANDATORY DISCOVERY PURSUANT TO RULE 26.2(a) OF THE LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

In accordance with Federal Rule of Civil Procedure 26, defendant, Franklin Ampadu, M.D. makes the following disclosures:

1. The names and last known address of each person reasonably likely to have information that bears significantly on the claims and defenses, identifying the subjects of the information.

ANSWER: In addition to those individuals identified by plaintiff, Dr. Ampadu recalls discussing this matter with Brenda James-Roberts of the City of Wilmington Law Department.

2. A general description, including location, of all documents, data compilations and tangible things in the possession, custody or control of that party that are likely to bear significantly on the claims and defenses.

ANSWER:   Counsel for this defendant has obtained from the City of Wilmington the letter dated July 16, 2007 over the signature of Dr. Ampadu and the contract pursuant to which he provided medical services.

      3.      A computation of any category of damages claimed by the disclosing party.

ANSWER:   Not applicable.

4.      The existence and contents of any insurance agreement under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in the action, or indemnify or reimburse for payments made to satisfy part or all of the judgment that may be entered in the action, or indemnify or reimburse for payments made to satisfy the judgment, making available such agreement for inspection and copying as under Local Civil Rule 24:

ANSWER:   This defendant is insured by Preferred Physicians Insurance Company, Omaha, Nebraska, with liability limits of $1,000,000.00. This company has informed Dr. Ampadu that while it is providing him with a legal defense in this matter, it has reserved its right to contest the applicability of its coverage to these claims.

                              PRICKETT, JONES & ELLIOTT, P.A.

                                BY: MASON E. TURNER, JR., No. 661
                                1310 KING STREET
                                P.O. BOX 1328
                                WILMINGTON, DE 19899
                                (302) 888-6508
                                ATTORNEY FOR DEFENDANT
                                FRANKLIN AMPADU, M.D.

Dated: August 26, 2008.